# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Percy Walker
                Plaintiff,

v.                                    Case No.: 1:17–cv–07948
                                          Honorable Andrea R. Wood

PBD, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 12, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Plaintiff shall make a written settlement demand by 2/2/2018, and Defendant shall respond to Plaintiff's settlement demand, also in writing, by 2/23/2018. The Court adopts the parties' proposed discovery schedule [9]. Mandatory initial discovery disclosures are due by 2/1/2018; written discovery shall be issued by 3/1/2018; ESI falling within the scope of Paragraph B.3 of the MIDP Standing Order shall be exchanged by 3/13/2018; fact discovery shall be completed by 8/1/2018; expert discovery shall be completed by 10/1/2018; and any dispositive motions shall be filed by 11/1/2018. Status hearing set for 4/17/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.